**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| MITEK SYSTEMS, INC., | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO.  2:20-CV-00115-JRG |
| v. | § § | |
| UNITED SERVICES AUTOMOBILE ASSOCIATION, | § § § § § | |
| Defendant. | § | |

## ORDER

Before the Court is the Joint Motion to Reschedule Scheduling Conference and for Hearing on USAA's Motion to Dismiss for Lack of Subject Matter Jurisdiction (the "Motion"). (Dkt. No. 53.)  Having considered the Motion, the Court is of the opinion that it should be and hereby is **GRANTED**.  It is therefore **ORDERED** that the Scheduling Conference in this case is **CONTINUED** until further notice of the Court.  It is further **ORDERED** the Motion to Dismiss for Lack of Subject Matter Jurisdiction (Dkt. No. 19) and related briefing be set for a hearing on Wednesday, July 15, 2020 at 9:00 a.m. CT in person in Marshall, Texas.

**So ORDERED and SIGNED this 30th day of June, 2020.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE