**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| MITEK SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED SERVICES AUTOMOBILE ASSOCIATION, <br><br> Defendant. | Civil Action No. 2:20-cv-00115-JRG |

### ORDER GRANTING UNOPPOSED MOTION
### TO WITHDRAW AS ATTORNEY

Pending before the Court is Plaintiff Mitek System Inc.'s ("Mitek") Unopposed Motion to Withdraw Attorney ("Motion"). Having considered the Motion, the Court is of the opinion that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that Claude M. Stern is hereby withdrawn as Mitek's counsel in this matter.